UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. QUIILICI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH DAVIS and RICHARD ANGLESEY,<br><br>　　　　Defendants. | No. 2:16-cv-01523 MCE AC (PS)<br><br><br>ORDER |

　　The Court has reviewed Plaintiff's Motion for Reconsideration (ECF No. 42). No basis for reconsideration has been shown, and that request is hereby DENIED.

　　IT IS SO ORDERED.

Dated: December 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1